UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO.  8:14-cr-328-T -17EAJ

VIVIAN CAZEAU

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the United States' motion for a
*DKT. 41*
forfeiture money judgment in the amount of $822,698.60 against the defendant,

representing the amount of proceeds she obtained as a result of the bank fraud

scheme as charged in Count One of the Indictment, and a preliminary order of

forfeiture for the following assets:

> a.    $770.75 in Target gift card
>       number 041212157425788; and
>
> b.    Two new 16GB iPad Airs, with serial numbers
>       DMRM9YLHKF14 and DLXMQ60RFK14.

Being fully advised of the relevant facts, the Court finds that as a result of

the bank fraud offense in violation of 18 U.S.C. § 1344 as charged in Count One

of the Indictment, defendant Vivian Cazeau obtained proceeds in the amount of

$822,698.60.  The Court further finds that the assets described above were

purchased with proceeds of the bank fraud scheme, and thus, the United States

has established the requisite nexus between the assets and the offense of

conviction.

The Court further finds that under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), the United States is entitled to forfeit any property belonging to the defendant as a substitute asset to satisfy her money judgment.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED. (DKT. 41)

It is further **ORDERED** that, pursuant to 18 U.S.C. § 982(a)(2)(A) and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Vivian Cazeau is liable to the United States of America for a forfeiture money judgment in the amount of $822,698.60, representing the amount of proceeds she obtained as a result of the bank fraud scheme, in violation of 18 U.S.C. § 1344, as charged in Count One of the Indictment, for which she was convicted.

It is further **ORDERED** that the Target gift card and two iPad Airs described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b)(1).

In accordance with Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 31, p. 5), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to effect the forfeiture and disposition of the assets described above, and any substitute assets the government is entitled to seek, under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), to satisfy the defendant's money judgment.  The net proceeds from the forfeiture

2

Case No. 8:14-CR-328-T-17EAJ

and disposition of all forfeited assets will be credited toward the defendant's $822,698.60 forfeiture money judgment.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 11th day of May, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
Counsel of record